IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES H. THOMAS, Jr.,** | Case No. 2:16-cv-00118-CKD (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER AND VACATE THE NOVEMBER 14, 2016 DISPOSITIVE MOTION DEADLINE** |
| **v.** | |
| **B. LEO,** | |
| Defendant. | |

The Court, having considered Defendant's Motion to Modify the Discovery and Scheduling Order, and good cause appearing:

**IT IS ORDERED** that the current dispositive motion deadline of November 14, 2016 is vacated.  The Court will issue a new Discovery and Scheduling Order, if necessary, after resolution of the pending exhaustion summary judgment motion.

Dated:  November 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1